# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER REGALADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CYNTHIA Y. TAMPKINS, Warden of California Rehabilitation Center, Norco,<br><br>　　　　　Defendant. | CASE NO. 1:14-CV-1612 SMS<br><br>ORDER TO SHOW CAUSE<br>RE: STATUS REPORT<br><br>*response required in fifteen (15) days* |

　　　　Petitioner Christopher Regalado filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on October 15, 2014. Doc. 1. On April 9, 2015, the Court granted a stay and abeyance pending resolution of unexhausted claims. Doc. 20. In that order, the Court directed Petitioner to file a status report within thirty days of the date of the order advising the Court of the state habeas proceeding status. Failure to do so would result in the Court vacating the stay and proceeding on Petitioner's exhausted claim only.

　　　　As of the date of the instant order, the Court has not received any filing from Petitioner regarding the status of the state habeas proceedings or other. The Court will give Petitioner fifteen (15) days of service from this order to file the status report required by Doc. 20, without which, the Court will proceed on Petitioner's exhausted claim only.

**I.　　CONCLUSION AND ORDER**

　　　　For the foregoing reasons, it is hereby ORDERED:

　　　　1.　　Petitioner is DIRECTED to file a status report within fifteen (15) days of the date of service from this order advising the Court of the status of the state habeas proceedings;

2. Petitioner shall file an additional status report every ninety (90) days thereafter until the state habeas proceedings are concluded;

3. Petitioner shall notify the Court that the state habeas proceedings have ended within thirty (30) days after the California Supreme Court issues a final order resolving the unexhausted claim by filing a motion to lift the stay and for leave to file an amended habeas petition setting forth all exhausted claims, and accompanied by the proposed amended petition;

4. If Petitioner fails to file a status report within fifteen (15) days of the date of service of this order, the Court will vacate the stay and proceed on Petitioner's exhausted claim only.

IT IS SO ORDERED.

Dated:   **June 15, 2015**                              **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE