# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER REGALADO,<br><br>  Plaintiff,<br><br>  v.<br><br>CYNTHIA Y. TAMPKINS, Warden of California Rehabilitation Center, Norco,<br><br>  Defendant. | CASE NO. 1:14-CV-1612-AWI-SMS<br><br>ORDER LIFTING STAY |

Petitioner Christopher Regalado filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on October 15, 2014. Doc. 1. On April 9, 2015, the Court granted a stay and abeyance pending resolution of unexhausted claims. Doc. 20. In that order, the Court directed Petitioner to file a status report within thirty days of the date of the order advising the Court of the state habeas proceeding status. Failure to do so would result in the Court vacating the stay and proceeding on Petitioner's exhausted claim only. On June 16, 2015, the Court issued an order to show cause regarding Plaintiff's failure to file a status report and gave Petitioner an additional fifteen days to file the status report. As of the date of the instant order, the Court has not received any filing from Petitioner regarding the status of the state habeas proceedings or other.

Hence, it is hereby ORDERED that the stay entered on April 9, 2015 is lifted, and the Court will proceed on Petitioner's exhausted claim only.
IT IS SO ORDERED.

Dated:  **July 17, 2015**              **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28